965 F.2d 67w
 UNITED STATES of America, Plaintiff-Appellee,
v.
Robert B. FRENCH (90-6222); Jay C. Emerson (90-6407);
James W. Caldwell (90-6408); Kenneth L. Foster
(90-6477), Defendants-Appellants.
 Nos. 90-6222, 90-6407, 90-6408 and 90-6477.
 United States Court of Appeals,
Sixth Circuit.
 Argued Feb. 20, 1992.
Decided May 28, 1992.
Rehearing Denied July 17, 1992
 
 1
 in No. 90-6407.
 
 
 2
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 974 F.2d 687.